IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TYRELL J. JONES,

    Petitioner,

v.

THERESA DELBASO, et al.,

    Respondents.

CIVIL ACTION
NO. 16-5634

## ORDER

**AND NOW**, this 20th day of May 2019, upon consideration of the pro se Petition for Writ of Habeas Corpus (Doc. No. 1), the Government's Response to the Petition for Writ of Habeas Corpus (Doc. No. 8), the Amended Petition for Writ of Habeas Corpus (Doc. No. 10), the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells (Doc. No. 13), Petitioner's Objections to the Report and Recommendation (Doc. No. 17), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. The Report and Recommendation of Magistrate Judge Wells (Doc. No. 13) is **APPROVED** and **ADOPTED**;

2. The Petition for a Writ of Habeas Corpus (Doc. Nos. 1, 10) is **DENIED**;

3. The Court finds that Petitioner has failed to make a substantial showing of denial of a constitutional right and accordingly a certificate of appealability **SHALL NOT** issue.

4. The Clerk of Court shall close the above-captioned case.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.