IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TYRELL JONES,

          Petitioner,

    v.

THERESA DELBASO, et al.,

          Respondents.

CIVIL ACTION
NO. 16-5634

## ORDER

**AND NOW**, this 10th day of February 2026, upon consideration of the Amended Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. No. 34), the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells dated September 12, 2025 (Doc. No. 40), Petitioner's Objections to the Report and Recommendation dated October 10, 2025 (Doc. No. 43), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that:

1. The Report and Recommendation (Doc. No. 40) is **APPROVED** and **ADOPTED**.

2. The Petition for a Writ of Habeas Corpus (Doc. No. 34) is **DENIED**.

3. A Certificate of Appealability **SHALL NOT** issue because, based on the analysis contained in the Magistrate Judge's Report and Recommendation and the Opinion of the Court issued this day, "reasonable jurists would [not] find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000); see also 28 U.S.C. § 2253(c)(2).

BY THE COURT:

/s/ Joel H. Slomsky
_____
JOEL H. SLOMSKY, J.